11 So.3d 1012 (2009)
Jacqueline Nichole SONARA, Appellant,
v.
Timothy Scot BUCCINI, Appellee.
No. 4D08-4253.
District Court of Appeal of Florida, Fourth District.
July 8, 2009.
Jacqueline Nichole Sonara, Boca Raton, pro se.
Timothy Scot Buccini, Royal Palm Beach, pro se.
Prior report: 989 So.2d 1288.
PER CURIAM.
Affirmed. See Castillo v. Castillo, 950 So.2d 527 (Fla. 4th DCA 2007).
FARMER, HAZOURI and CIKLIN, JJ., concur.